UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Richard James Stuke, LaToy Company, and
Representing You, Inc.,

      Plaintiffs,

v.                                                      Civil No. 14-2802 (JNE/JSM)
                                                        ORDER

Tina L. Nichols, Magic Cleaning Service,
John Does, Jane Does, and Office of
Domestic Abuse/Harassment,

      Defendants.

In a Report and Recommendation dated July 28, 2014, the Honorable Janie S. Mayeron, United States Magistrate Judge, recommended that Richard Stuke's application to proceed in forma pauperis be denied and that this action be dismissed for lack of subject-matter jurisdiction. Stuke objected. Having conducted a de novo review of the record, the Court accepts the recommendations. *See* D. Minn. LR 72.2(b). Therefore, IT IS ORDERED THAT:

    1.    Stuke's application to proceed in forma pauperis [Docket No. 2] is DENIED.

    2.    This action is DISMISSED for lack of subject-matter jurisdiction.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 28, 2014

                                                              s/Joan N. Ericksen
                                                              JOAN N. ERICKSEN
                                                              United States District Judge